## FRADY *v.* FRADY.

ATKINSON, J. Under the pleadings and the evidence, the judgment allowing temporary alimony and attorney's fees was ,not an abuse of discretion.                    *Judgment affirmed. All the Justices concur.*

No. 364. DECEMBER 13, 1917.

Temporary alimony. Before Judge Morris. Gilmer superior court. March 30, 1917.

*Thomas A. Brown* and *A. N. Edwards,* for plaintiff in error.

*William Butt,* contra.

---

## WILLIAMS *v.* FORMAN.

ATKINSON, J. No material error is shown to have been committed in the rulings of the court upon the admissibility of evidence; and under the pleadings and evidence as they appear in the record, there was no abuse of discretion in granting an injunction and appointing a receiver.

*Judgment affirmed. All the Justices concur.*

No. 370. DECEMBER 13, 1917.

Injunction and receivership. Before Judge Thomas. Thomas superior court. February 17, 1917.

*Clifford E. Hay,* for plaintiff in error.,

*Whipple & McKenzie* and *Titus, Dekle & Hopkins,* contra.